Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff,
Gina Catalano

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CATALANO, | CASE NO. C 15-00520 LB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: April 7, 2015
Law Office of P. Randall Noah        Gordon & Rees LLP
By: /s/ P. Randall Noah              By: /s/ Margie R. Lariviere
P. Randall Noah,                     Margie R. Lariviere
Attorney for plaintiff,              Attorney for defendant,
Gina Catalano                        Life Insurance Company Of North America

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: April 9, 2015        By: _____

Judge United States District Court